**FILED**
MAY - 5 2009
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS-6 /ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| STANLEY SOLVEY,<br><br>  Plaintiff,<br><br>  v.<br><br>F.B. HAWS, et al.,<br><br>  Defendants. | Case No. CV 09-2169-DOC (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed without prejudice.

Dated: May 5, 2009

_David O. Carter_
David O. Carter
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
MAY - 6 2009
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY